ANNA W. CORBIN BORROWE, Appellant, *v.* HANNAH M. COR-
BIN et al., as Executors and Trustees of AUSTIN CORBIN,
Deceased, et al., Respondents.

*Borrowe* v. *Corbin,* 31 App. Div. 172, affirmed.
(Argued December 14, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered July
25, 1898, affirming a judgment in favor of defendants entered
upon a dismissal of the complaint by the court on trial at
Special Term.

*Robert Kelly Prentice* for appellant.

*John E. Parsons* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LAN-
DON, CULLEN and WERNER, JJ.

---

DAVID STEVENSON BREWING COMPANY, Appellant, *v.* EASTERN
BREWING COMPANY, Respondent, Impleaded with Others.

*Stevenson Brewing Co.* v. *Eastern Brewing Co.,* 22 App. Div. 523,
affirmed.
(Argued December 14, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
December 6, 1897, affirming a judgment in favor of defend-
ant entered upon a decision of the court on trial at Special
Term.

*William G. McCrea* for appellant.

*Hugo Hirsh* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON
and WERNER, JJ.  Not sitting: CULLEN, J.